Núms. 46 y 48.—MATTEI, aplte. *v.* PUEBLO, apldo.—C. D. San Juan. Daños y Perjuicios (Incidente aprobación de exposición del caso). Febrero, 5 1940.